

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Yigal  Bosch v. Frost National Bank

Appellate case number:    01-14-00191-CV

Trial court case number:  2009-63337

Trial court:              133rd District Court of Harris County

On March 26, 2014, appellant, Yigel Bosch, filed a Motion to Use Clerk's Record in Case 1-13-00190-CV.  The motion is **DENIED**, without prejudice to refiling with an appropriate certificate of conference included.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                          X  Acting individually     ☐ Acting for the Court


Date:  April 1, 2014